# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| MALLINCKRODT PLC,<br><br>Plaintiff,<br><br>v.<br><br>The BUXTON HELMSLEY GROUP<br>and ALEXANDER E. PARKER,<br><br>Defendants. | Adv. Pro. No. 21-50242 (JTD) |

**MALLINCKRODT PLC'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Mallinckrodt plc ("**Mallinckrodt**") respectfully represents as follows in support of *Mallinckrodt plc's Motion for Temporary Restraining Order* ("**Motion**"), seeking entry of a temporary restraining order ("**TRO**") substantially in the form annexed hereto as **Exhibit A** ("**Proposed Order**").

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

**RELIEF REQUESTED**

1.  By this Motion, pursuant to section 105 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 7065 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Debtors request entry of a TRO prohibiting and enjoining defendants and any person or entity acting in concert with them or at their direction from: (a) any further solicitation of meeting requisitions or proxies from Mallinckrodt shareholders; (b) purporting to take any action based upon solicitations or delivery of proxies or meeting requisitions received to date or hereafter from Mallinckrodt shareholders; (c) without limiting the foregoing, seeking or taking any steps to seek, schedule, convene, or conduct a shareholder meeting; and (d) taking any action in any forum inconsistent with the foregoing.

2.  The Debtors request that this Court not require the Debtors to provide any security in connection with this injunction as permitted under Rule 7065 of the Bankruptcy Rules. *See* Fed. R. Bankr. P. 7065 ("Rule 65 . . . applies in adversary proceedings, except that a temporary restraining order or preliminary injunction may be issued on application of a debtor, trustee, or debtor in possession without compliance with Rule 65(c).").

**JURISDICTION AND VENUE**

3.  The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Rules 7008-1 and 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot

enter final orders or judgments consistent with Article III of the United States Constitution. Venue is proper before the Court pursuant to 28 U.S.C. §§ 1391(b), 1408, 1409(a) and 15 U.S.C. § 78aa.

## BASIS FOR RELIEF REQUESTED

4. In support of this Motion, the Debtors rely upon: (i) the *Adversary Complaint*; (ii) the *Opening Brief in Support of Mallinckrodt plc's Motion for a Temporary Restraining Order*; (iii) the *Declaration of Randall S. Eisenberg in Support of Mallinckrodt plc's Motion for Temporary Restraining Order*, (iv) the *Declaration of M. Viola So in Support of Mallinckrodt plc's Motion for Temporary Restraining Order*, and (v) the *Declaration of Stephen Ranalow in Support of Mallinckrodt plc's Motion for a Temporary Restraining Order*; all of which are filed simultaneously herewith.

## RESERVATION OF RIGHTS

5. Nothing contained herein is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors, or (ii) a waiver of the Debtors' or any appropriate party-in-interest's rights to dispute any claim. The Debtors expressly reserve their right to move in the future to enjoin any other action against them.

## NOTICE

6. The Debtors will serve a copy of this Motion and the accompanying brief and declarations on all Defendants and counsel for the Defendants, to the extent known. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice need be provided.

## NO PREVIOUS REQUEST

7. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE, the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: March 12, 2021

/s/ Robert J. Stearn, Jr.

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **LATHAM & WATKINS LLP** |
| Mark D. Collins (No. 2981) | George A. Davis (admitted *pro hac vice*) |
| Robert J. Stearn, Jr. (No. 2915) | Christopher Harris (admitted *pro hac vice*) |
| Michael J. Merchant (No. 3854) | George Klidonas (admitted *pro hac vice*) |
| Amanda R. Steele (No. 5530) | Andrew Sorkin (admitted *pro hac vice*) |
| Robert C. Maddox (No. 5356) | Anupama Yerramalli (admitted *pro hac vice*) |
| Brendan J. Schlauch (No. 6115) | Hugh K. Murtagh (admitted *pro hac vice*) |
| One Rodney Square | 885 Third Avenue |
| 920 N. King Street | New York, New York 10022 |
| Wilmington, DE 19801 | Telephone:   (212) 906-1200 |
| Telephone:   (302) 651-7700 | Facsimile:   (212) 751-4864 |
| Facsimile:   (302) 651-7701 | Email:   george.davis@lw.com |
| Email:   collins@rlf.com |         christopher.harris@lw.com |
|         stearn@rlf.com |         george.klidonas@lw.com |
|         merchant@rlf.com |         andrew.sorkin@lw.com |
|         steele@rlf.com |         anu.yerramalli@lw.com |
|         maddox@rlf.com |         hugh.murtagh@lw.com |
|         schlauch@rlf.com | |
| | Jeffrey E. Bjork (admitted *pro hac vice*) |
| - and – | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, California 90071 |
| **WACHTELL, LIPTON, ROSEN & KATZ** | Telephone:   (213) 485-1234 |
| | Facsimile:   (213) 891-8763 |
| John F. Lynch (*pro hac vice* pending) | Email:   jeff.bjork@lw.com |
| Andrew J. Cheung (*pro hac vice* pending) | |
| Kiet T. Lam (*pro hac vice* pending) | Elizabeth Marks (admitted *pro hac vice*) |
| 51 West 52nd Street | 200 Clarendon Street |
| New York, New York 10019 | Boston, MA 02116 |
| Telephone:   (212) 403-1000 | Telephone:   (617) 948-6000 |
| Facsimile:   (212) 403-2000 | Facsimile:   (617) 948-6001 |
| Email:   jlynch@wlrk.com | Email:   betsy.marks@lw.com |
|         ajhcheung@wlrk.com | |
|         ktlam@wlrk.com | Jason B. Gott (admitted *pro hac vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, Illinois 60611 |
| - and - | Telephone:   (312) 876-7700 |
| | Facsimile:   (312) 993-9767 |
| | Email:   jason.gott@lw.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |