**Exhibit A**

**Proposed Order**

RLF1 24950368v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[2] | : | Case No. 20-12522 (JTD) |
| Debtors. | : | (Jointly Administered) |
| | | |
| MALLINCKRODT PLC, | : | Adv. Pro. No. 21-50242 (JTD) |
| Plaintiff, | : | Re: Adv. D.I. 1 & 2 |
| v. | : | |
| The BUXTON HELMSLEY GROUP and ALEXANDER E. PARKER, | : | |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING MALLINCKRODT PLC'S MOTION
FOR TEMPORARY RESTRAINING ORDER**

This matter coming before the Court on Mallinckrodt plc's ("**Mallinckrodt**") *Adversary Complaint* (the "**Complaint**") and *Motion for Temporary Restraining Order* (the "**Motion**"),[3] and the Court having reviewed the Complaint and the Motion, as well as (a) the *Opening Brief in Support of Mallinckrodt plc's Motion for a Temporary Restraining Order* [D.I. __ ] (the "**Opening Brief**"); (b) the *Declaration of Randall S. Eisenberg in Support of Mallinckrodt plc's Motion for*

---

[2]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[3]   Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

1

*Temporary Restraining Order* [D.I. __ ], (c) the *Declaration of M. Viola So in Support of Mallinckrodt plc's Motion for Temporary Restraining Order* [D.I. __ ], and (d) the *Declaration of Stephen Ranalow in Support of Mallinckrodt plc's Motion for a Temporary Restraining Order*, together with any responses to the Motion, and, having heard the arguments of counsel at the hearing on [_____], 2021, the Court finds and concludes as follows:

    A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

    B.    Venue for this matter is proper in this district pursuant under 28 U.S.C. §§ 1391(b), 1408, 1409(a) and 15 U.S.C. § 78aa.

    C.    Notice of the Motion was sufficient under the circumstances.

    D.    The legal and factual bases set forth in the Motion, the Opening Brief, the accompanying declarations and related papers, and at the hearing establish just cause for the relief granted herein.

Based on these findings, the Court ORDERS that:

    1.    The Motion is GRANTED as to the request for a temporary restraining order under Bankruptcy Code § 105(a), Federal Rule of Civil Procedure 65, and Federal Rule of Bankruptcy Procedure 7065.

    2.    Pending a hearing and determination on the Debtors' request for a preliminary injunction, effective immediately and subject to the terms hereof, Defendants, their agents and attorneys, and any person or entity acting in concert with them or at their direction are prohibited and enjoined from: (a) any further solicitation of meeting requisitions or proxies from Mallinckrodt shareholders; (b) purporting to take any action based upon solicitations or delivery of proxies or meeting requisitions received to date or hereafter from Mallinckrodt shareholders; (c) without

limiting the foregoing, seeking or taking any steps to seek, schedule, convene, or conduct a shareholder meeting; and (d) taking any action in any forum inconsistent with the foregoing.

3. Pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure, the Debtors are relieved from posting any security pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

4. This Order shall promptly be filed in the clerk's office and entered in the record. The terms and conditions of this Order shall effective immediately and enforceable upon its entry.

5. The Debtors are authorized to immediately serve a copy of this Order on Defendants and any person or entity acting in concert with them or at their direction.

6. The Court retains jurisdiction over this Order and the relief granted herein.

RLF1 24950368v.1