# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| MALLINCKRODT PLC, | Adv. Pro. No. 21-50242 (JTD) |
| Plaintiff, | Re: Adv. D.I. 1, 2 & 3 |
| v. | |
| THE BUXTON HELMSLEY GROUP, INC. and ANTHONY E. PARKER, | |
| Defendants. | |

## DECLARATION OF M. VIOLA SO IN SUPPORT OF MALLINCKRODT PLC'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, M. Viola So, hereby declare as follows:

1. I am a an associate at the law firm Latham & Watkins LLP and am one of the attorneys representing Plaintiff Mallinckrodt plc ("**Mallinckrodt**") in the above-captioned matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of a press release issued by the Buxton Helmsley Group ("**BHG**"), as retrieved from BHG's website on January 15, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of the website www.ReviveMallinckrodt.com, as retrieved on January 19, 2021.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

2

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter from BHG addressed to Mallinckrodt shareholders that was hyperlinked from the www.ReviveMallinckrodt.com website as of January 19, 2021.

5. Attached hereto as **Exhibit D** is a true and correct copy of a form entitled "Requisition of Shareholder to Convene Extraordinary General Meeting" that BHG sent by email to persons who entered their email address on the www.ReviveMallinckrodt.com website.

6. Attached hereto as **Exhibit E** is a true and correct copy of the proxy card that BHG sent by email to persons who entered their email address on the www.ReviveMallinckrodt.com website.

7. Attached hereto as **Exhibit F** is a true and correct copy of a press release issued by BHG, as retrieved from its website on January 20, 2021.

8. Attached hereto as **Exhibit G** is a copy of an email with the subject line "Important Shareholder Update – January 26, 2021" received by a Mallinckrodt employee who entered her email address on the www.ReviveMallinckrodt.com website; the copy is true and correct except that it has been redacted to protect the employee's personal information.

9. Attached hereto as **Exhibit H** is a true and correct copy of a press release issued by BHG dated January 27, 2021, as retrieved from BHG's website on February 10, 2021.

10. Attached hereto as **Exhibit I** is a true and correct copy of the website www.ReviveMallinckrodt.com, as retrieved on February 10, 2021.

11. Attached hereto as **Exhibit J** is a true and correct copy of an update from BHG that was posted on an internet forum called Stocktwits, as retrieved from the website https://stocktwits.com/symbol/MNKKQ on February 10, 2021.

12. Attached hereto as **Exhibit K** is a copy of an email with the subject line "Important Shareholder Update – February 18, 2021" received by a Mallinckrodt employee who entered her email address on the www.ReviveMallinckrodt.com website; the copy is true and correct except that it has been redacted to protect the employee's personal information.

13. Attached hereto as **Exhibit L** is a true and correct copy of a Schedule 13D filed by or on behalf of BHG with the Securities Exchange Commission on March 5, 2021.

14. Attached hereto as **Exhibit M** is a true and correct copy of an email with the subject line "Important Shareholder Update – March 6, 2021" received by a Mallinckrodt employee who entered her email address on the www.ReviveMallinckrodt.com website; the copy is true and correct except that it has been redacted to protect the employee's personal information.

15. Attached hereto as **Exhibit N** is a true and correct copy of an email with the subject line "Important Shareholder Update – March 7, 2021" received by a Mallinckrodt employee who entered her email address on the www.ReviveMallinckrodt.com website; the copy is true and correct except that it has been redacted to protect the employee's personal information.

16. Attached hereto as **Exhibit O** is a true and correct copy of a letter sent by Alexander Parker on behalf of BHG and received by Mallinckrodt by email on March 10, 2021.

17. Attached hereto as **Exhibit P** is a true and correct copy of an amended Schedule 13D filed by or on behalf of BHG with the Securities Exchange Commission on March 10, 2021.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the transcript of the hearing in *In re Mallinckrodt plc, et al*. held before this Court on December 15, 2020.

19. Attached here to as **Exhibit R** is a true and correct copy of the transcript of the hearing in *In re Mallinckrodt plc, et al*. held before this Court on December 22, 2020.

20. Attached here to as **Exhibit S** is a true and correct copy of the transcript of the hearing in *In re Mallinckrodt plc, et al*. held before this Court on November 23, 2020.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2021
      New York, New York

*/s/ M. Viola So*
M. Viola So, Esq.
LATHAM & WATKINS LLP