# EXHIBIT D

**Mallinckrodt PLC** (the "**Company**")

**Requisition of Shareholder to Convene Extraordinary General Meeting**

According to section 178 (as modified by Section 1104) of the Companies Act of 2014,

I, _____

[Complete name, printed in English letters]

Of _____

[Residential address, printed in English letters]

_____

[E-Mail address, printed in English letters]

Being a member of the Company and holding _____ common stock shares of the Company, hereby requisition the Directors of the Company to convene an extraordinary general meeting for the objective of considering and voting on the following resolutions:

Explanatory Notes:

Considering the board and management's choice to voluntarily enter Chapter 11 reorganization, through which the board and management have vouched to extinguish all pre-petition common stock interests prior to pursuing many routes of preserving that equity value, and equitizing a far higher amount of bondholder interests than previously stated to be required, The Buxton Helmsley Group, Inc., its clients, and a vast array of other shareholders (collectively, the "Group") are acting to protect the abandoned interests of shareholders.  The following proposals correct numerous corporate governance (specifically, compensation plan) rule violations and work to realign the board and management with shareholder interests during the reorganization and thereafter.

As of the Chapter 11 petition date, 11 out of 12 directors were in violation of the common stock retention requirement (requiring them to retain five times their annual cash retainer in common stock at all times) as part of the compensation plan approved by those same directors of the Company.  Throughout all of 2020 (far, far before the Chapter 11 petition date), Mr. Mark Trudeau was also severely in violation of his requirement as Chief Executive Officer of the Company to retain common stock of at least five times his annual salary.  Given his salary of $1.05 million, Mr. Trudeau was to – at minimum – retain $5.25 million in common stock at all times.  Mr. Trudeau, as of the Chapter 11 petition filing date, held a mere 228,384 shares of Company common stock, equivalent to ~$157,584.  Mr. Angus Russell, the present Chairman of the Board, while in compliance himself with the aforementioned director-level common equity retention requirement, failed to uphold his duty as Chairman of the Board, allowing all other directors alongside him and executives to violate, and remain in violation of, common equity retention requirements as part of the compensation plan approved by his own constituency.

Due to the severe common stock retention violations cited here, the Group seeks to remove the Chairman of the Board, the other directors in violation of their common equity retention requirement (all other directors apart from Mr. Russell), and the Chief Financial Officer, for all perpetuating such an unsubstantiated departure from their fiduciary duty to

this common equity shareholder base. Both the board and management conspired to breach their fiduciary duty without responding to numerous offerings of financings made aware to the Group, expressly admitted at the December 16th, 2020 hearing on the Motion for Appointment of an Official Equity Committee that they did not even vaguely attempt the sale of this company, and chose the path of least assurance for a distribution to equity holders under the reorganization (a Chapter 11 reorganization starting shareholder distribution negotiations at zero, versus a Chapter 7 liquidation with no set ceiling on distributions or prejudice to the shareholders that are the only reason these directors and executives are in their position to begin with).

Since the largest issue on the table is a reorganization that requires immense knowledge of navigating financial markets, The Buxton Helmsley Group, Inc. nominates its Senior Managing Director, Mr. Alexander Parker, to serve as interim Chairman of the Board, until emergence from the Chapter 11 proceedings. The Buxton Helmsley Group, Inc. further nominates Mr. Parker to serve as interim Chief Executive Officer, until a replacement for Mr. Trudeau may be found. Mr. Parker possesses years of capital markets and structuring knowledge, along with a vast network of contacts, to serve as a source for great long-term management team candidates that will aid in ensuring the long-term success of the Company. Mr. Parker will further work to identify long-term oriented, vested shareholders to be nominated as directors, to ensure that such a departure from shareholder interests will not occur again. Mr. Parker is willing to take minimal cash compensation, and a majority of equity-based compensation, to fulfill his role as Chief Executive Officer, to ensure his interests remained aligned with all shareholders.

Therefore, the Group and I, as part of it, propose that the General Meeting make the following resolutions:

1. The existing Restructuring Support Agreement ("RSA") proposals (whether in official or abstract form) filed onto the docket (as part of the pending Chapter 11 reorganization case before the U.S. District of Delaware Bankruptcy Court) for consideration by all stakeholders, prior to this meeting of the shareholders, be rejected.

2. That Mr. Angus Russell be removed from his office as a director and Chairman of the Board.

3. That all remaining directors be removed from their office, and replace each with director candidates identified by The Buxton Helmsley Group, Inc. at this requested meeting of the shareholders.

4. That Mr. Mark Trudeau be removed from his office as Chief Executive Officer and, given resolution No. 3, his office as a director.

5. That Mr. Alexander Parker be appointed as Chairman of the Board and interim Chief Executive Officer, temporarily lowering the base salary as Chief Executive Officer from $1,050,000 to $150,000, in order to revert to a more primarily equity-based compensation arrangement to further align his interests with shareholders.

6. That the Articles of Association of the Company be amended as follows:

    a. At the end of Article 46 the following sentence will be added: "Notwithstanding the foregoing, in a general meeting, including an extraordinary one, a majority of those present with the right to vote, are entitled to appoint the chairman of the meeting at the beginning of the meeting."

7. That the Company shall reimburse all reasonable and documented legal, consulting, financial, and/or other professional advisors fees and out-of-pocket expenses of the *Ad Hoc Equity Committee* which presented itself on December 15th and 16th, 2020, in connection with the pending Chapter 11 reorganization case before the U.S. District of Delaware Bankruptcy Court, provided all official members of that *Ad Hoc Equity Committee* vote in complete favor of proposals 1-6.

In the notice that the Directors submit to the shareholders, I require that the Directors include the following:

"Unless otherwise instructed, the proxies will vote 'FOR' on proposals 1-7 and at their discretion on resolutions on other matters to be raised at the meeting.

Shareholders, who hold a cumulative ___* percent of the company's share capital, unanimously recommend that you vote 'FOR' all of the above proposals and that you give a Proxy vote on your behalf to The Buxton Helmsley Group, Inc."

(* *Fill in the number according to the requisition letters you will receive*)

If the Directors do not, within 21 days from the date of this requisition, convene an extraordinary general meeting (to be held within 2 months after that date), I, together with the other requisitionists, shall proceed to convene an extraordinary general meeting pursuant to Section 178 of the Companies Act 2014.

Signature of member: _____

No. of shares: _____

Date: _____

OPTIONAL, BUT STRONGLY RECOMMENDED: Many brokers hold customer shares in "street name" (in the name of the brokerage).  To confirm your beneficial interest of your stated shares, it is strongly recommended to  attach a copy of your brokerage statement showing/proving your ownership of Mallinckrodt plc. stock.  To attach that information, click the paper clip button below this text.