# EXHIBIT E

**Mallinckrodt PLC** (the "**Company**")

Proxy

According to section 184 to the Companies Act 2014

I,_____

[name of member/shareholer] ("the Member")

of_____

[address of member/shareholder]

being a member of the Company hereby appoints **The Buxton Helmsley Group, Inc.** of 1185 Avenue of the Americas, Floor 3, New York, NY 10036, United States of America, e-mail mnk@buxtonhelmsley.com as the proxy of the Member to attend, speak and vote for the Member on behalf of the Member at the annual or extraordinary next general meeting of the Company to be held in 2021 and at any adjournment of the meeting.

The proxy is to vote as follows:

| No. of resolution | Description of resolution | In Favour | Abstain | Against |
|---|---|---|---|---|
| | Voting Instructions to Proxy | | | |
| 1 | The existing Restructuring Support Agreement ("RSA") proposals (whether in official or abstract form) filed onto the docket (as part of the pending Chapter 11 reorganization case before the U.S. District of Delaware Bankruptcy Court) for consideration by all stakeholders, prior to this meeting of the shareholders, be rejected. | X | | |
| 2 | That Mr. Angus Russell be removed from his office as a director and Chairman of the Board. | X | | |

Signature of member _____     Page 1 of 3

| | | | | |
|---|---|---|---|---|
| | | | | |
| 3 | That all remaining directors be removed from their office, and replace each with director candidates identified by The Buxton Helmsley Group, Inc. at this requested meeting of the shareholders. | X | | |
| 4 | That Mr. Mark Trudeau be removed from his office as Chief Executive Officer and, given resolution No. 3, his office as a director. | X | | |
| 5 | That Mr. Alexander Parker be appointed as Chairman of the Board and interim Chief Executive Officer, temporarily lowering the base salary as Chief Executive Officer from $1,050,000 to $150,000, in order to revert to a more primarily equity-based compensation arrangement to further align his interests with shareholders. | X | | |
| 6 | That the Articles of Association of the Company be amended as follows:<br><br>a. At the end of Article 46 the following sentence will be added: "Notwithstanding the foregoing, in a general meeting, including an extraordinary one, a majority of those present with the right to vote, are entitled to appoint the chairman of the meeting at the beginning of the meeting." | X | | |
| 7 | That the Company shall reimburse all reasonable and documented legal, consulting, financial, and/or other professional advisors fees and out-of-pocket expenses of the *Ad Hoc Equity Committee* which presented itself on December 15th and 16th, 2020, in connection with the pending Chapter 11 reorganization case before the U.S. District of Delaware Bankruptcy Court, provided all official members of that *Ad Hoc Equity Committee* vote in complete favor of proposals 1-6. | X | | |

Unless otherwise instructed, the proxies will vote "yes" on proposals 1-7 and at their discretion on resolutions on other matters to be raised at the meeting.

Signature of member _____

Dated: _____



## Certificate Of Completion

Envelope Id: EE13D0EB8F8F41DDBA39F4BA08B47408     Status: Delivered
Subject: Please DocuSign: ReviveMallinckrodt Shareholder Petition
Source Envelope:
Document Pages: 6     Signatures: 0     Envelope Originator:
Certificate Pages: 4     Initials: 0     Alexander Parker
AutoNav: Enabled     1 Columbus Pl
EnvelopeId Stamping: Enabled     Aot S32G
Time Zone: (UTC-08:00) Pacific Time (US & Canada)     New York, NY  10019
alexander.parker@buxtonhelmsley.com
IP Address: 63.240.2.210

## Record Tracking

Status: Original     Holder: Alexander Parker     Location: DocuSign
    1/15/2021 4:26:15 PM     alexander.parker@buxtonhelmsley.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Security Level:<br>  DocuSign.email<br>  ID: 1<br>  1/15/2021 4:26:17 PM | | Sent: 1/15/2021 4:26:16 PM<br>Viewed: 1/15/2021 4:27:06 PM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 1/15/2021 4:27:06 PM<br>  ID: 9a56df70-4b9b-4009-a397-aed501532791 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/15/2021 4:26:16 PM |
| Certified Delivered | Security Checked | 1/15/2021 4:27:06 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**CONSUMER DISCLOSURE**
From time to time, The Buxton Helmsley Group, Inc. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**
At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.50 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**
If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**
If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**
Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact The Buxton Helmsley Group, Inc.:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by paper mail, please send correspondence to:

The Buxton Helmsley Group, Inc.

300 Park Avenue

Floor 12

New York, 10022

**To advise The Buxton Helmsley Group, Inc. of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at clientservices@buxtonhelmsley.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from The Buxton Helmsley Group, Inc.**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to alexander.parker@buxtonhelmsley.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with The Buxton Helmsley Group, Inc.**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to clientservices@buxtonhelmsley.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |

| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify The Buxton Helmsley Group, Inc. as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by The Buxton Helmsley Group, Inc. during the course of my relationship with you.