# EXHIBIT G

---------- Forwarded message ---------
From: **ReviveMallinckrodt** <mnk@buxtonhelmsley.com>
Date: Tue, Jan 26, 2021 at 8:26 PM
Subject: Important Shareholder Update - January 26, 2021
To:

**ReviveMallinckrodt Shareholder Update**

January 26th, 2020

Dear Mallinckrodt Shareholders:

Since The Buxton Helmsley Group's launch of the ReviveMallinckrodt shareholder initiative on January 15th, the response has been – needless to say – astounding.  Quite simply, we could not have a more aggrieved shareholder base, making our reform initiative a very easy idea to "sell" our fellow shareholders.  We have received millions of shares in backing and full support to call the proposed shareholder meeting and carry out the proposed board and management reform of Mallinckrodt Plc. (the "Company").

Many shareholders have been messaging for an update on our efforts.  As noted in the second press release, issued to the public January 20th (a link to the press release included beneath this paragraph), we announced the major support of shareholders received even as of then.  We also mentioned the discussions we were engaged in with a number of large institutional and individual holders of the Company's common stock.  After discussion with some of these shareholders, we were incredibly pleased to see many opt to greatly enhance the size of their common stock holdings, purchasing more shares (voting power) to both secure the success of our reform agenda, and also to enhance their personal profit potential, given the extremely cheap price at which Company stock can be acquired for at this given moment. **We still maintain the third-party valuation opinion presented at the December 16th hearing on appointment of an official equity committee, which concluded that the shares were worth (under an equitable RSA) between $11-30+ (on the higher end, taking into account the tax-shield benefits of the company, being incorporated in Ireland).**

A link to the second press release, issued by The Buxton Helmsley Group on January 20th:  https://www.prnewswire.com/news-releases/the-buxton-helmsley-group-announces-major-shareholder-backing-to-call-mallinckrodt-meeting-of-shareholders-realign-board-and-management-with-shareholder-interests-renegotiate-restructuring-plan-301211953.html?tc=eml_cleartime

Shareholders should be reminded of a few items:

- All shareholders who receive this message have a right to purchase more shares/votes to better secure their preexisting position and our common goal.  The more shares we know will vote in support of the resolution items to be included at the upcoming shareholder meeting that will soon be called, the more assurance we will have of

success in this initiative to restore ethics in the leadership of our Company and – even more importantly – the value of our Company in the public markets with a restructuring agreement that is equitable for shareholders.

- It is critically important that all shareholders, if they have not already, complete the shareholder petition documents.  You may reply to this e-mail to request those documents, if you missed the e-mailed link to those documents after opting in to receive them at the ReviveMallinckrodt website.  Without that document being on file, your voice will not be heard, and every share moves the pendulum.
- If you have submitted the shareholder petition documents, but did not include a copy of proof of ownership of your shares (for most stockholders, their brokerage account statement), please attach those document(s) in a reply to this e-mail message.  You are free to redact any information in those documents beyond your name, address, where it shows your ownership of Mallinckrodt common stock, your number of shares owned, etc.  If you have any questions about this item, please reply to this message.

Sometime this week, there will another update announced via a press release, which should continue to revive optimism of the markets.  We already have millions of committed shares behind us, and many, many shareholder petition document submissions in support of the ReviveMallinckrodt initiative are continuing to flow in by the day.  Imminently, after completing more of the ongoing discussion with larger stockholders (both institutions and individuals), we will serve the board of the company with our official demand for an "extraordinary general meeting" of the shareholders, citing Section 178 of the Companies Act of 2014 (Ireland's legal document which governs the operations of corporate entities such as Mallinckrodt, and the rights of their shareholders).  At that time, our legal counsel will begin objecting in the courts to all motions brought forth by management, citing violation of that Irish statute until shareholders are given the opportunity to vote on the resolutions brought forth by The Buxton Helmsley Group.  With any pushback from the management or board of the Company, we will also begin discussions with numerous state securities regulators and the Securities and Exchange Commission, to bring their attention to the very tangible corporate governance violations committed by Mallinckrodt management and its board of directors; violation of the very rules they were responsible for creating.  Any pushback of management and its board will only cause more regulatory scrutiny on these issues.  We will further ensure that maximum press attention is captured to concentrate the attention of the investing public and regulatory bodies on those numerous wrongdoings of our board and management.  Quite simply, the more pushback from this management on allowing their shareholders to make their voice heard, the more reputational harm they will bring onto themselves by exposing their inability to uphold their fiduciary duty as officers and directors of this company, and their demonstrated inability to follow the very corporate governance rules set by themselves.

We look forward to providing more updates soon, but – in the meantime – please feel free to reach out via e-mail with any questions that you may have.

Yours Faithfully,

**Alexander E. Parker**
The Buxton Helmsley Group, Inc.
for **ReviveMallinckrodt**

**Disclaimer:**  This material does not constitute an offer to sell or a solicitation of an offer to buy any of the securities described herein in any state to any person. In addition, the discussions and opinions in this press release are for general information only, and are not intended to provide investment advice. All statements contained in this press release that are not clearly historical in nature or that necessarily depend on future events are "forward-looking statements," which are not guarantees of future performance or results, and the words "anticipate," "believe," "expect," "potential," "could," "opportunity," "estimate," and similar expressions are generally intended to identify forward-looking statements. The projected results and statements contained in this press release that are not historical facts are based on current expectations, speak only as of the date of this press release and involve risks that may cause the actual results to be materially different. Certain information included in this material is based on data obtained from sources considered to be reliable. No representation is made with respect to the accuracy or completeness of such data, and any analyses provided to assist the recipient of this presentation in evaluating the matters described herein may be based on subjective assessments and assumptions and may use one among alternative methodologies that produce different results. Accordingly, any analyses should also not be viewed as factual and also should not be relied upon as an accurate prediction of future results. All figures are unaudited estimates and subject to revision without notice. BHG disclaims any obligation to update the information

herein and reserves the right to change any of its opinions expressed herein at any time as it deems appropriate. Past performance is not indicative of future results.

1185 Avenue of the Americas
Floor 3
New York NY 10036
USA

Unsubscribe    Change subscriber options



3