# EXHIBIT I



# Server Error

This server is unavailable due to high traffic levels.  Please try again later.