# EXHIBIT J

Stocktwits (/)

| DOW 0.31% (/symbol/DIA) | S&P 500 0.03% (/symbol/SPY) | NASDAQ 0.20% (/symbol/QQQ) | Trending now | TLRY 64.11% (/symbol/TLRY) | MVIS 50.10% (/symbol/MVIS) | APHA 19.75% (/symbol/APHA) | UBER 2.46% (/symbol/UBER) | OGI 56.13% (/symbol/OGI) | BPTH 119.55% (/symbol/BPTH) |

< Home(/)

**hrsa (/hrsa)**   2/8/21, 02:17 PM (/hrsa/message/285985056)

$MNKKQ (/symbol/MNKKQ) Guys, for anyone wondering about Buxton Helmsey and revivemallinckrodt.com/ (http://revivemallinckrodt.com) - here is an update from them:

"The website is currently down, as we have been under siege of endless DDoS attacks and hacking attempts. We are taking the opportunity to soon (within a week or so) refresh the website with new content. Once that content is approved by our retained lawyers, the website will be back online. This shareholder initiative is taking some time (we are working around the clock), but we are pushing forward as quickly as we can. For those shareholders who can remain patient and hold, they will be happy they did. Those who do not hold, their shares will probably be bought by BHG or someone who is a supporter of our efforts and has more belief in our vision, so we do not mind if the shares change hands a bit. In short, we are nearing the finish line, but we realize some may get impatient, and that's perfectly okay."

So let's keep calm and let them work!

👍 11      11(/message/285985056)

11 Likes (/main/message/285985056)

**ppixinator (/ppixinator)**   2/8/21, 02:32 PM (/ppixinator/message/285998397)
@hrsa (/hrsa) where's this coming from?

1      11(/message/285985056)

**hrsa (/hrsa)**   2/8/21, 02:33 PM (/hrsa/message/285999155)
@ppixinator (/ppixinator) @hrsa (/hrsa) I wrote them an email asking for an update, and that was the answer.

6      11(/message/285985056)

**ALWO (/ALWO)**   Bullish   2/8/21, 02:53 PM (/ALWO/message/286016184)
@hrsa (/hrsa) @ppixinator (/ppixinator) I got the same answer from BHG! And this makes very much sense. Investors seeing an opportunity to buy a big pharma for peanuts - weighing risk vs. upside - and with their inside knowledge, go all in to become major owners!!

3      11(/message/285985056)

**ppixinator (/ppixinator)**   2/8/21, 03:07 PM (/ppixinator/message/286027389)
@ALWO (/ALWO) @ppixinator (/ppixinator) @hrsa (/hrsa) I'm glad at least we didn't go to 20s, new floor is still a floor, fda approval is still a win

11(/message/285985056)

**bbaker2824 (/bbaker2824)**   2/8/21, 03:29 PM (/bbaker2824/message/286045623)
@hrsa (/hrsa) why would they be under ddos attacks? Doesn't make sense to me.

1      11(/message/285985056)

**ALWO (/ALWO)**   2/8/21, 04:07 PM (/ALWO/message/286082244)
@bbaker2824 (/bbaker2824) @hrsa (/hrsa) It make all the sense in the world!!! Many would like to see BHG fail including MT and BoD..

11(/message/285985056)

2/8/21, 04:37 PM (/Stinky_dinky/message/286106044)

**Stinky_dinky (/Stinky_dinky)**
(/Stinky_dinky)
@ALWO (/ALWO) @bbaker2824 (/bbaker2824) @hrsa (/hrsa) this all sounds pretty crazy… atleast I got in early <.30$ so I guess I'll just let it ride. Hoping for the best

 1    🔁    ⋯      💬 11(/message/285985056)

**Stinky_dinky (/Stinky_dinky)**      2/8/21, 04:37 PM (/Stinky_dinky/message/286106462)
(/Stinky_dinky)
@ALWO (/ALWO) @bbaker2824 (/bbaker2824) @hrsa (/hrsa) borderline conspiracy theory lol

  🔁    ⋯      💬 11(/message/285985056)

**ALWO (/ALWO)**      2/8/21, 04:54 PM (/ALWO/message/286117377)
(/ALWO)
@Stinky_dinky (/Stinky_dinky) Conspiracy? Well, the ones who did the DDOS attack either:

1) had no purpose and it was just a co-incidence that the site was attacked - could as well had been any other site
2) The attack was with the purpose of BHG to fail with their plan

Do you believe in 1 or 2?

👍    ↩    🔁    ⋯      💬 11(/message/285985056)

**Stinky_dinky (/Stinky_dinky)**      2/8/21, 05:00 PM (/Stinky_dinky/message/286121304)
(/Stinky_dinky)
@ALWO (/ALWO) I would believe 1 before 2.

What would be the purpose of trying to make their plan fail? And what would they get out of it.

This company is trying to release a revolutionary tech that has no competition?

I just don't understand why crashing a website would hault their plan anyway.

   ⋯      💬 11(/message/285985056)

**ALWO (/ALWO)**      2/8/21, 05:14 PM (/ALWO/message/286130206)
(/ALWO)
@Stinky_dinky (/Stinky_dinky) Oh, a coincidence - DDOS attacks are NEVER a coincidence especially not on an unknown company like BHG - so not teenagers having fun. Do you know what a DDOS attack is? - and have you ever heard of a DDOS attack being carried out without purpose?

The revive website is used to inform about the BHG initiative to regain shareholder value, and get shareholders to sign contracts as to get the most voting power possible to fire BoD and make the necessary changes.

If BHG succeed - not only will BoD be regarded as a joke, they will become unemployed and probably can't get jobs elsewhere. They will not get 10% of NewCo…(+150 M USD)… BoD have everything to lose with BHG initiative…thats a no brainer ..

 1   ⋯      💬 11(/message/285985056)