# EXHIBIT K

| | |
|---|---|
| **From:** | ReviveMallinckrodt <mnk=buxtonhelmsley.com@send.aweber.com> on behalf of ReviveMallinckrodt <mnk@buxtonhelmsley.com> |
| **Sent:** | Thursday, February 18, 2021 2:17 PM |
| **To:** | |
| **Subject:** | Important Shareholder Update - February 18, 2021 |

### ReviveMallinckrodt Shareholder Update

February 18th, 2021

Dear Mallinckrodt Shareholders:

Some shareholders have been messaging, wondering what the status of the ReviveMallinckrodt shareholder initiative is since the previous January 27th press release. Since that update, exposure of the campaign has ramped up significantly, with Buxton Helmsley receiving calls from people linked to the company (even employees) that we never anticipated. The U.S. Securities and Exchange Commission also is following this situation very closely. The website has been under constant hacking attempts (rest assured, no shareholder information is stored on that server). We ask everyone to remain patient and understanding as we continue to be under a very intense amount of scrutiny and pressure.

Since we have received enough known shareholder support to call the shareholder meeting, we opted to temporarily take the website offline, primarily to leave management wondering what was going on. In the meantime, we have been in consistent meetings with legal counsel, formulating a plan that will involve a series of legal filings (our plan is to "throw the book" at management, as they say). Management has remained silent throughout all of our public announcements so far, but they will be legally required to respond to their shareholders with the steps that we are about to take next.

In short, it has been two to three weeks since the last update, but this fight is far from over. It simply takes a lot of work and time developing and executing such a shareholder battle as this. We request shareholders remain patient. We know that some shareholders will lack patience if there are not immediate results, but they will only be selling their shares to an obviously more confident new holder of their shares (which very well could be BHG or others in this group, as we continue to increase our positions in the company). In short, the biggest mistake we could make would be to rush this initiative, as it must be executed very strategically.

Over the next one to two weeks, we will be continuing discussions with a number of larger shareholders, as we continue to prepare our legal filings. We are also continuing to monitor the StrataGraft approval status, though we are not counting on that approval by the time we make our legal filings. StrataGraft's imminent seemingly likely approval is indicative of how much hidden value remains in the balance sheet of Mallinckrodt, which has been artificially, corruptly, and forcibly depressed by our management. You can count on Buxton Helmsley to fight this fight, and hope that all of you can see our dedication to this initiative.

We look forward to providing more updates soon, but – in the meantime – please feel free to reach out via e-mail with any questions that you may have.

Yours Faithfully,

**Alexander E. Parker**
The Buxton Helmsley Group, Inc.
for **ReviveMallinckrodt**

**Disclaimer:**  This material does not constitute an offer to sell or a solicitation of an offer to buy any of the securities described herein in any state to any person. In addition, the discussions and opinions in this press release are for general information only, and are not intended to provide investment advice. All statements contained in this press release that are not clearly historical in nature or that necessarily depend on future events are "forward-looking statements," which are not guarantees of future performance or results, and the words "anticipate," "believe," "expect," "potential," "could," "opportunity," "estimate," and similar expressions are generally intended to identify forward-looking statements. The projected results and statements contained in this press release that are not historical facts are based on current expectations, speak only as of the date of this press release and involve risks that may cause the actual results to be materially different. Certain information included in this material is based on data obtained from sources considered to be reliable. No representation is made with respect to the accuracy or completeness of such data, and any analyses provided to assist the recipient of this presentation in evaluating the matters described herein may be based on subjective assessments and assumptions and may use one among alternative methodologies that produce different results. Accordingly, any analyses should also not be viewed as factual and also should not be relied upon as an accurate prediction of future results. All figures are unaudited estimates and subject to revision without notice. BHG disclaims any obligation to update the information herein and reserves the right to change any of its opinions expressed herein at any time as it deems appropriate. Past performance is not indicative of future results.

1185 Avenue of the Americas
Floor 3
New York NY 10036
USA

Unsubscribe    Change subscriber options



2