# EXHIBIT M

| | |
|---|---|
| **From:** | ReviveMallinckrodt <mnk=buxtonhelmsley.com@send.aweber.com> on behalf of ReviveMallinckrodt <mnk@buxtonhelmsley.com> |
| **Sent:** | Saturday, March 6, 2021 3:51 PM |
| **To:** | |
| **Subject:** | Important Shareholder Update - March 6, 2021 |

### ReviveMallinckrodt Shareholder Update

March 6th, 2021

Dear Mallinckrodt Shareholders:

I realize that we have been quite quiet over the past weeks regarding the ReviveMallinckrodt initiative, but that was out of strategy and because we do not want information leaking to unwanted individuals. Yesterday, at approximately 4:30 pm New York City Time, our legal counsel filed a Form 13-D with the U.S. Securities and Exchange Commission, announcing our activist shareholder intentions to forcibly correct the company's course. We were only able to include certain shareholders, as it has been challenging to get timely responses from many shareholders, and due to the administrative burden of collecting and maintaining information for each shareholder that is/was listed.

A link to view the Form 13-D filing from yesterday: https://www.sec.gov/Archives/edgar/data/0001844298/000090572921000060/buxton-mallinsc13d_030521.htm

As of this time, we are awaiting a response via e-mail/phone from the board of directors. We did not officially call the shareholder meeting quite yet, as we are hoping the board of directors will wish to cooperate to save their positions. We will be making immediate demands for certain management changes, then demanding ongoing cooperation from the board of directors, or else we will immediately call the shareholder meeting under Section 178 and 1101 of the Companies Act of 2014, without notice. Should the board not reach out on Monday, we will be filing another form formally demanding a call from the board within 24-48 hours. Should they not call my office by that deadline, we will immediately officially call the shareholder meeting to dismiss all board members and certain other individuals on grounds of corporate governance violations and breach of fiduciary duty. We will then also file an emergency motion to stay all proceedings in the pending Chapter 11 case currently before the District of Delaware Bankruptcy Court.

We look forward to providing more updates soon, but – in the meantime – please feel free to reach out via e-mail with any questions that you may have.

Yours Faithfully,

**Alexander E. Parker**
The Buxton Helmsley Group, Inc.
for **ReviveMallinckrodt**

**Disclaimer:** This material does not constitute an offer to sell or a solicitation of an offer to buy any of the securities described herein in any state to any person. In addition, the discussions and opinions in this press release are for general information only, and are not intended to provide investment advice. All statements contained in this press release that are not clearly historical in nature or that necessarily depend on future events are "forward-looking statements," which are not guarantees of future performance or results, and the words "anticipate," "believe," "expect," "potential," "could," "opportunity," "estimate," and

similar expressions are generally intended to identify forward-looking statements. The projected results and statements contained in this press release that are not historical facts are based on current expectations, speak only as of the date of this press release and involve risks that may cause the actual results to be materially different. Certain information included in this material is based on data obtained from sources considered to be reliable. No representation is made with respect to the accuracy or completeness of such data, and any analyses provided to assist the recipient of this presentation in evaluating the matters described herein may be based on subjective assessments and assumptions and may use one among alternative methodologies that produce different results. Accordingly, any analyses should also not be viewed as factual and also should not be relied upon as an accurate prediction of future results. All figures are unaudited estimates and subject to revision without notice. BHG disclaims any obligation to update the information herein and reserves the right to change any of its opinions expressed herein at any time as it deems appropriate. Past performance is not indicative of future results.

1185 Avenue of the Americas
Floor 3
New York NY 10036
USA

Unsubscribe   |   Change Subscriber Options