# EXHIBIT N

| | |
|---|---|
| **From:** | ReviveMallinckrodt <mnk=buxtonhelmsley.com@send.aweber.com> on behalf of ReviveMallinckrodt <mnk@buxtonhelmsley.com> |
| **Sent:** | Sunday, March 7, 2021 3:43 PM |
| **To:** | |
| **Subject:** | Important Shareholder Message - March 7, 2021 |

### ReviveMallinckrodt Shareholder Update

March 7th, 2021

Dear Mallinckrodt Shareholders:

I have been informed by shareholders that one or two individuals have posted my e-mail from yesterday on stock discussion forums. I ask that those individuals please take those posts down and everyone to please refrain from posting from my e-mails anywhere online. It will jeopardize our efforts in this shareholder initiative.

I look forward to providing more updates soon, but – in the meantime – please feel free to reach out via e-mail with any questions that you may have.

Yours Faithfully,

**Alexander E. Parker**
The Buxton Helmsley Group, Inc.
for **ReviveMallinckrodt**

**Disclaimer:** This material does not constitute an offer to sell or a solicitation of an offer to buy any of the securities described herein in any state to any person. In addition, the discussions and opinions in this press release are for general information only, and are not intended to provide investment advice. All statements contained in this press release that are not clearly historical in nature or that necessarily depend on future events are "forward-looking statements," which are not guarantees of future performance or results, and the words "anticipate," "believe," "expect," "potential," "could," "opportunity," "estimate," and similar expressions are generally intended to identify forward-looking statements. The projected results and statements contained in this press release that are not historical facts are based on current expectations, speak only as of the date of this press release and involve risks that may cause the actual results to be materially different. Certain information included in this material is based on data obtained from sources considered to be reliable. No representation is made with respect to the accuracy or completeness of such data, and any analyses provided to assist the recipient of this presentation in evaluating the matters described herein may be based on subjective assessments and assumptions and may use one among alternative methodologies that produce different results. Accordingly, any analyses should also not be viewed as factual and also should not be relied upon as an accurate prediction of future results. All figures are unaudited estimates and subject to revision without notice. BHG disclaims any obligation to update the information herein and reserves the right to change any of its opinions expressed herein at any time as it deems appropriate. Past performance is not indicative of future results.

1185 Avenue of the Americas
Floor 3
New York NY 10036
USA

Unsubscribe  |  Change Subscriber Options